THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE K. AHLET, Appellant.— Order unanimously affirmed. (Appeal from order of Monroe County Court denying a motion to vacate a judgment of conviction of June 29, 1956.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LUCHEY, Appellant.— Memorandum: Upon examining the papers we find that the order appealed from cannot be treated as an order denying an application in the nature of *coram nobis* and the appeal must therefore be dismissed. Nevertheless, we have examined the papers and find there was no merit to the application. (Appeal from order of Erie County Court denying a motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JIMMIE HAROLD JOHNSON, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Wyoming County Court dismissing the writ of habeas corpus and remanding the relator to the custody of the Warden of Attica Prison.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES FREDERICO, Appellant, v. ROBERT E. MURPHY, Warden of Auburn Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cayuga County Court dismissing a writ of habeas corpus after a hearing.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.